## Nellie Hayes et al., Defendants in Error, v. W. M. Whitenton, Plaintiff in Error.

### Gen. No. 21,679.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Reversed and remanded. Opinion filed October 10, 1916.

### Statement of the Case.

Action by Nellie Hayes, Mary A. Hayes and John Hayes, plaintiffs, against W. M. Whitenton, defendant, for rent alleged to be due under a lease signed by the defendant. To review an order denying the defendant's motion to vacate a judgment entered by confession, defendant prosecutes a writ of error.

WILLIS E. THORNE and ALVIN W. WISE, for plaintiff in error.

PERLEY H. BISHOP, for defendants in error.

MR. JUSTICE McDONALD delivered the opinion of the court.

### Abstract of the Decision.

JUDGMENT, § 82*—*when proof sufficient to require vacation of judgment by confession for rent.* A petition and affidavit, filed on a motion by a defendant to vacate a judgment entered by confession for rent alleged to be due under a lease, alleging that the lease was signed by the defendant and delivered to the agent of the plaintiffs with the agreement that if the references given by the defendant proved satisfactory to the plaintiffs they would notify the defendant to that effect and return one of the copies of the lease to him within ten days, and that after the expiration of ten days, the plaintiffs not having given any notice or returned the copy of the lease, the defendant notified the plaintiffs that he did not want the premises, *held* sufficient to have required the court to grant the defendant's motion.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.